**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RASHETA BUNGING, individually and as the representative of a class of similarly situated persons, | **ECF Case** |
| Plaintiff, | **1:23-cv-3478-NGG-CLP** |
| – against – | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PH7 NATURAL BEAUTY INC., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Rasheta Bunting and defendant PH7 Natural Beauty Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

ACTIVE\53784909.v1

be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       January 10, 2024

SHAKED LAW GROUP, P.C.

By: _____
     Dan Shaked, Esq.
     14 Harwood Court, Suite 415
     Scarsdale, New York 10583
     Telephone: (917) 373-9128
     Email: shakedlawgroup@gmail.com
     *Attorneys for Plaintiff*

STEIN & NIEPORENT, LLP

By: _____
     David Stein, Esq.
     1441 Broadway, Suite 6090
     New York, New York 10018
     Telephone: (212) 308-3444
     Email: dstein@steinllp.com
     *Attorneys for Defendant*

**SO ORDERED:** _____
                 /s/(NGG)
                 2/12/24